**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 98-4661**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICKEY FUNCHESS,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg.  Charles E. Simons, Jr., Senior
District Judge.  (CR-97-1032)

─────────────

Submitted:  April 30, 1999              Decided:  May 21, 1999

─────────────

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

John A. O'Leary, Columbia, South Carolina, for Appellant.  J. Rene
Jose, United States Attorney, Jane B. Taylor, Assistant United
States Attorney, Columbia, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant Rickey Funchess appeals from the district court's denial of his pretrial motion to suppress evidence seized from his home. Because Funchess subsequently entered an unconditional guilty plea to the indictment for possession with intent to distribute crack cocaine in violation of 21 U.S.C. § 841(a)(1) (1994), we are without jurisdiction to hear the merits of Funchess' appeal. See Fed. R. Crim. P. 11(a)(2); Tollett v. Henderson, 411 U.S. 258 (1973); United States v. Cain, 155 F.3d 840, 842-43 (7th Cir. 1998).

Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately set forth in the materials before the Court and argument would not aid the decisional process.

DISMISSED

2